**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-00699-LTB-BNB

LINDA SALMEN #124140

    Plaintiff,

v.

RAE RICE,

    Defendant.

---

**ORDER**

---

On June 25, 2008, the Magistrate Judge issued his recommendation that the above matter be dismissed with prejudice pursuant to D.C.COLO.LCivR 10.1M and D.C.COLO.LCivR 41.1 (Doc 70). The file reflects that the recommendation mailed to the Plaintiff was returned (Doc 71). It now appears that the recommendation was served effectively by mail on July 14, 2008 (Doc 72).

Plaintiff has filed no specific written objections to the Magistrate Judge's recommendation. However, she filed a letter (Doc 73) on July 18, 2008, lamenting her inability to obtain counsel, stating she has legitimate issues, and does not want the case dismissed (Doc 73). I conclude that the letter does not constitute specific written objections as required by Fed.R.Civ.P. 72(b) and Thomas v. ARN, 474 U.S. 140, 147-148 (1985). Because the letter is inadequate to constitute timely specific objections sufficient to preserve review of the Magistrate Judge's recommendation *de novo*, United States v. One

Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996), Plaintiff is barred from *de novo* review. Accordingly

IT IS ORDERED that the above action is DISMISSED WITHOUT PREJUDICE.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: August 1, 2008